AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

SITHA THACH AND MEINCHANNY MEM,
SUCCESSORS IN INTEREST TO STEVEN THACH

*Plaintiff(s)*

v.

COUNTY OF LOS ANGELES, SEE ATTACHED.

*Defendant(s)*

Civil Action No. 2:18-cv-10702-R-AFM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JONATHAN E. SHERIN
Kenneth Hahn Hall of Administration
500 West Temple Street, Room 383
Los Angeles, CA 90012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robin D. Perry, Esq.
400 Oceangate, Suite 700
Long Beach, CA 90802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/11/2019

Grace Kami

*Signature of Clerk or Deputy Clerk*

1  LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES
   ROBIN D. PERRY, ESQ. (BAR. NO. 181686)
2  400 OCEANGATE, SUITE 700
   LONG BEACH, CALIFORNIA 90802-4529
3  TELEPHONE: (562) 216-2944
   FACSIMILE: (562) 216-2945
4  E-Mail: Robin@lordp.net

5  Attorneys for Plaintiffs, SITHA THACH AND MEINCHANNY MEM

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11                                        ) Case No.: 2:18-CV-10702-R-AFM
                                          )
12 SITHA THACH AND MEINCHANNY              ) COMPLAINT FOR DAMAGES:
   MEM, SUCCESSORS IN INTEREST TO          )
13 STEVEN THACH                            )   1. DEPRIVATION OF CIVIL
                                          )       RIGHTS, 42 U.S.C. §1983,
14            Plaintiffs,                 )       WRONGFUL DEATH;
                                          )   2. DEPRIVATION OF CIVIL
15       vs.                              )       RIGHTS, 42 U.S.C. §1983, *MONELL*
                                          )       VIOLATIONS.
16 COUNTY OF LOS ANGELES, SHERIFF         )   3. DEPRIVATION OF CIVIL
17 JIM MCDONALD, SHERIFF ALEX             )       RIGHTS, 42 U.S.C. §1983,
   VILLANUEVA, COUNTY OF LOS              )       SUPERVISORY LIABILITY;
18 ANGELES DEPARTMENT OF MENTAL           )   4. NEGLIGENCE;
   HEALTH DIRECTOR JONATHAN E.            )   5. VIOLATION OF GOVERNMENT
19 SHERIN, M.D. Ph.D, CURLEY BONDS,       )       CODE §845.6- FAILURE TO
   M.D., GUL M. EBRAHIM, M.D. AND DOES    )       PROVIDE IMMEDIATE
20 1-10, INCLUSIVE,                       )       MEDICAL CARE
                                          )   6. VIOLATION OF THE ADA, 42
21            Defendants.                 )       U.S.C. §12101, AND CALIFORNIA
                                          )       UNRUH ACT, CIVIL CODE §51
22                                        )
                                          )
23                                        ) DEMAND FOR JURY TRIAL
                                          )
24                                        )

25

COMPLAINT - 1